UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TEMPLER ACQUISITIONS, LLC | : | CASE NO. 20-66657-PMB |
| | : | |
| DEBTOR. | : | |
| _____ | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| TEMPLER ACQUISITIONS, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING**
**ON MOTION TO DISMISS CASE**

     **PLEASE TAKE NOTICE** that the United States Trustee filed a **Motion to Dismiss Case on May 28, 2020 (Docket No. 9).**

     **PLEASE TAKE FURTHER NOTICE** that the court will hold a hearing on the Motion at the United States Bankruptcy Court, Northern District of Georgia, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Courtroom 1202, Atlanta, Georgia 30303 on **Wednesday, June 24, 2020, at 9:30 a.m.**

     **Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations during COVID-19 Outbreak" tab at the top of the GANB Website prior to hearing for instructions on whether to appear in person or by phone.**

     Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk is, U.S. Bankruptcy

1

Court, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, 13th Floor, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated this 15th day of June, 2020.

NANCY J. GARGULA
UNITED STATES TRUSTEE, REGION 21

*/s/ Shawna Staton*
Shawna Staton
Georgia Bar No. 640220

United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437, ext. 152
*Shawna.P.Staton@usdoj.gov*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TEMPLER ACQUISITIONS, LLC | : | CASE NO. 20-66657-PMB |
|     DEBTOR. | : | |
| _____ | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
|     MOVANT. | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| TEMPLER ACQUISITIONS, LLC, | : | |
|     RESPONDENT. | : | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I am over the age of 18 and that on June 15, 2020, I caused a true and correct copy of the foregoing Notice of Hearing on Motion to Dismiss Case to be deposited in the U.S. Mail with correct first class postage affixed, addressed as follows:

Cameron McCord
Chapter 11 Subchapter V Trustee
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308-1400
Cameron McCord

Templer Acquisitions, LLC
221 Edwards Drive
Mableton, GA 30126

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington DC 20200

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

*/s/ Shawna Staton*